■ In the Matter of AUSTIN M., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Appellant. (Appeal No. 1.) [945 NYS2d 908]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered June 23, 2011. The order, among other things, adjudged that petitioner did not engage in reasonable efforts to effectuate the adoption of Austin M.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see generally Matter of Fox v Fox*, 93 AD3d 1224, 1224 [2012]). Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.